## No. 19

No. 19837—The American Guaranty Co. v. The Cliff Wood Coal and Supply Company, et al. Error to the Court of Appeals of Hardin County.

1139. SURETY BONDS—1. Where compensated surety gives bond for erection of school building under 2365-2 GC., and bond is given pursuant to 2365-1 to 2365-4 GC., even though it does not comply with the statute in all its terms, it is controlled by the statute with regard to recovery for labor or materials

## PUBLISHER'S COLUMN
# The Ohio Law Abstract

Entered as second class matter, February 28, 1923,
at the Post Office, Cleveland, Ohio,
under the Act of March 3, 1879.

Issued Every Saturday          50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance.......$15.00
Single Numbers ...............................  .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS not prepaid (per mo. $1.25).......$15.00
No discount allowed after expiration date

### THE LAW ABSTRACT COMPANY

Office, Editorial Rooms and Library, 13916 Euclid Ave.
Cleveland, O.

Address all mail communications to P. O. Box 2455,
Cleveland, O.

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their application is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

furnished in the construction.

2. Parties executing a bond pursuant to 2365-1 to 2365-4 GC., are chargeable with notice of their provisions and material men and subcontractors may avail themselves of the bond security although they are not expressly named therein.

ALLEN, J.

1. Where bond is given by a compensated surety in connection with a contract for the erection of a public school building, in the amount required under Section 2365-2, of the General Code, the bond is given pursuant to Sections 2365-1 to 2365-4, inclusive, of the General Code, and even though it does not in all of its terms comply with the statute, it is controlled by and subject to the provisions of the statute with regard to recovery for all labor performed or materials furnished in the construction of such building.

2. When parties execute a bond pursuant to Sections 2365-1 to 2365-4, inclusive, of the General Code, they are chargeable with notice of the provisions of the statute, and material men and sub-contractors may avail themselves of the security of the bond although they are not expressly named therein.

Judgment affirmed.

Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur.

### COMPLETION OF 1927 DIGESTS.

We are pleased to be able to announce the completion of the Annual Abstract Digest for 1927. This book supplements the 1926, Ternary Digest, and also brings it down to 1927. It contains 80 well filled and closely printed pages, sufficient case matter being given to make a volume of three times its number of pages, the way Digests are usually drawn out and printed. The two Digests are uniform in size, and may be shelved together, side by side. Our subscribers who have the Ternary Digest, need only to buy the 1927 Annual, to bring their library of Digests down to that date.

By binding the leaves of the 1927 Annual, in with unbound leaves of the Ternary Digest we have preserved, we make the QUAD DIGEST covering the Abstract's four years, 1923, 1924, 1925 and 1926; all in the same book.

Those who have the Ternary Digest do not need to get the Quad Digest, if they buy the Annual to bring hte former down to date.

It is believed that this is the first time, in the history of Ohio Digest making and publishing, that a complete digest of a year's court work, was ready for distribution at its close.

The prices for the Annual, to Abstract subscribers, is $2.50 and for the Quad Digest is $6.50.

Albert H. Sharrer of Dayton, and former prosecutor of Montgomery County, has become associated with his brother, Oscar B. in the Practice of law, and they announce the opening of offices, in the Savings and Trust Building, in that city.

### 1926 BOUND VOLUMES OF THE ABSTRACT

Our patrons who have sets of the Ohio Law Abstract to which they desire to add a bound copy of the 1926 Abstracts, can now get it, at once from us. They have bound in with them the Digests for 1926, and are complete in every respect.

### PROSPECTIVE.

Five years of growth and success is what the Abstract offers to its friends, as a commendation, at the beginning of its fifth year of existence, upon which it is now starting. At the outset it was the pioneer of endeavors to supply the legal profession with a medium of quick and efficient dissemination of important precedents. Its methods were new, and those who did not like them predicted its early passing. But it survived despite criticism and opposition, and we believe that it is now being generally accredited with having solved the Gordian problem of rapid, desirable court reporting.

The acquaintance and experience of its projector gave him an adequate knowledge of what was wanted as a pathway between the court room and the law office, and what would suffice for it, and what would prepare and promote the way. While it has accomplished much in blazing the way to its present position, it would be strange if it had reached the saturation point in its work, so to speak. The same genius for work and courage that has so